UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| RONIQUE DE SA, individually and on behalf of all others similarly situated;<br><br>　　　Plaintiff,<br><br>v.<br><br>WHITE PINES, INC. dba L.A.'S NIGHT CLUB aka L.A.'S GENTLEMEN'S CLUB, a Virginia Corporation; KENNY EDWARDS, an individual; DOE MANAGERS 1 through 10; and DOES 1 through 10, inclusive,<br><br>　　　Defendants.<br><br>_____ / | Case No.: 2:21-CV-00086-RAJ-RJK<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF RONIQUE DE SA'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT** |

COMES NOW plaintiff Ronique De Sa ("Plaintiff"), by and through her counsel of record, and hereby files Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment as follows:

1. Plaintiff filed this action on February 11, 2021 [Dkt. 1];

2. On April 30, 2021, defendants White Pines, Inc. dba L.A.'s Night Club aka L.A.'s Gentlemen's Club and Kenny Edwards (collectively, "Defendants") served Plaintiff with a Fed. R. Civ. P. 68 Offer of Judgment in the amount of Fifteen Thousand U.S. Dollars and Zero Cents ($15,000.00), plus Plaintiff's reasonable costs and attorneys' fees as determined by the Court. *See* **Exhibit 1**.

3. Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

Dated: May 10, 2021

/s/ Suzanne S. Long
Suzanne S. Long
Virginia Bar No. 46462
David A.C. Long
Virginia Bar No. 51057
**MEYER BALDWIN LONG & MOORE LLP**
5600 Grove Avenue
Virginia Beach, Virginia 23226
Telephone: (804) 285-3888
Fax: (804) 285-7779
*slong@meyerbaldwin.com*
*davidaclong@gmail.com*

John P. Kristensen
California Bar No. 224132
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*
(*Pro Hac Vice*)

Jarrett L. Ellzey
Texas Bar No. 2404864
**HUGHES ELLZEY**
1105 Milford Street
Houston, Texas
Telephone: (713) 554-2377
Fax: (888) 995-3335
*jarrett@hughesellzey.com*
(*Pro Hac Vice* forthcoming)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that on Monday, May 10, 2021, a true and correct copy of the attached **PLAINTIFF RONIQUE DE SA'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT** and accompanying document were served via CM/ECF upon the following parties pursuant to Fed. R. Civ. P. 5:

Thomas M. Lucas
Shaun M. Bennett
**JACKSON LEWIS P.C.**
500 East Main Street, Suite 800
Norfolk, VA 23510
Email: thomas.lucas@jacksonlewis.com
Email: shaun.bennett@jacksonlewis.com

*Counsel for Defendants*

John P. Kristensen
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, CA 90066
Email: john@kristensenlaw.com

*Co-counsel for Plaintiff*

                                              */s/ David A. C. Long*
                                                  David A. C. Long