# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**RONIQUE DE SA**
**individually and on behalf of all others similarly situated,**

       **Plaintiff,**

                v.

                                **CASE NO.: 2:21cv86**

**WHITE PINES, INC.**
**a Virginia Corporation doing business as**
**L.A.'s Night Club**
**also known as**
**L.A.'s Gentlemen's Club, et al.**

       **Defendants,**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court on Plaintiff's Notice of Acceptance of Rule 68 Offer of Judgment.

**IT IS ORDERED AND ADJUDGED** that judgment is entered for Plaintiff against the defendants White Pines, Inc. and Kenny Edwards in the sum of Fifteen Thousand Dollars and Zero Centes ($15,000.00), plus Plaintiff's reasonable costs and attorney's fees as determined by the Court.

DATED:  5/17/2021
*Nunc pro tunc* 5/10/2021                                      FERNANDO GALINDO, Clerk

                                                                 By: ___/s/_____
                                                                       T. Armstrong, Deputy Clerk